**Dismissed and Memorandum Opinion filed February 26, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00594-CV

---

### MOHAMED ALOUI D/B/A FSD FLOORS & REMODELING, Appellant

### V.

### LINDA HOSFORD, Appellee

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1036796**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 17, 2014. The clerk's record was filed August 12, 2014. No reporter's record was taken. No brief was filed.

On January 15, 2015, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before February 17, 2015, the court would dismiss the appeal for want

of prosecution.  *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.